JDL:TJS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | COMPLAINT |
| - against - | Mag. No. _____ |
| BEBARS BASLAN and KRISTEN HENRY, | (T. 18, U.S.C., §§ 2241(c)) |
| Defendants. | |

EASTERN DISTRICT OF NEW YORK, SS:

AARON SPIVACK, being duly sworn, deposes and states
that he is a Special Agent with the Federal Bureau of
Investigation ("FBI"), duly appointed according to law and
acting as such.

On or about March 19, 2013, within the Eastern
District of New York and elsewhere, the defendants BEBARS BASLAN
and KRISTEN HENRY crossed a state line with intent to engage in
a sexual act with another person who had not attained the age of
12 years.

(Title 18, United States Code, Section 2241(c))

The source of my information and the grounds for my belief are as follows:[1]

### AGENT BACKGROUND

1.   I have been employed as a Special Agent with the FBI since 2008 and am currently assigned to the New York Office. For approximately three years, I have been assigned to a Crimes Against Children squad.  I have been assigned to investigate violations of criminal law relating to the sexual exploitation of children.  I have gained expertise in this area through training in classes and daily work related to conducting these types of investigations.  I have participated in a number of investigations into the receipt, possession, and/or distribution of child pornography by electronic means, as well as the sexual enticement of minors.  As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed hundreds of photographs depicting children (less than eighteen years of age) being sexually exploited by adults.  Through my experience in these investigations, I have become familiar with methods of

---

[1] Because the purpose of this Complaint is to establish probable cause to arrest, I have not set forth all of the facts and

determining whether a child is a minor.  I have also gained expertise regarding the use of computers in connection with crimes against children.  I have received training relating to the use of computers by offenders and gained expertise through participating in numerous cases in which computers were used to facilitate crimes against children.

2.   I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents, my training and experience, and discussions I have had with other law enforcement personnel concerning the sexual abuse of children and the creation, distribution, and proliferation of child pornography.  Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

<u>**PROBABLE CAUSE**</u>

3.   On or about February 13, 2013, a Confidential Source ("CS 1") reported to the FBI that an associate of CS 1, BEBARS BASLAN and BASLAN's girlfriend, KRISTEN HENRY, possess child

---

circumstances of which I am aware.

pornography and were preparing to sexually exploit children. CS 1 indicated that BASLAN told CS 1 that BASLAN and HENRY planned on opening a babysitting business as a cover to drug and sexually abuse children.  CS 1 further stated that in order to protect himself BASLAN wanted collateral he could use to blackmail HENRY, so BASLAN had asked CS 1 to provide a one-and-a-half-year-old child that is known to CS 1 ("VICTIM 1") to BASLAN so HENRY could be photographed giving oral sex to VICTIM 1.  CS 1 also stated that BASLAN indicated he obtained child pornography from Internet newsgroups.  Prior to February 13, 2013, CS 1 was not a Confidential Source of the FBI.  The information provided by CS 1 has been corroborated by subsequent recordings as discussed below.  CS 1 may face criminal charges in the future and is cooperating, in part, with the hope of reducing his ultimate sentence.

4.  Following this meeting, CS 1 made numerous consensually recorded telephone calls with BASLAN at the direction of the FBI.  CS 1 recorded the following conversations, among others, excerpted portions of which are provided in sum and substance and in part below:

a.  On February 24, 2013 at approximately 6:30 p.m., CS 1

4

had a conversation with BASLAN over the telephone,

which CS 1 recorded at the direction of the FBI,

regarding BASLAN's plans to take pictures of HENRY

engaging in sexual contact with VICTIM 1.  During the

conversation, BASLAN and CS 1 had the following

exchange.

CS 1:     What do you mean, like what do you want,
          what do you want her to do?

BASLAN:   Just like, I don't know, lick, suck,
          whatever.  Nothing big.  Just her holding a
          phone by herself taking a picture.  Why?

CS 1:     Like her holding.

BASLAN:   I want to take a picture and make it seem as
          if she took it by herself and we're not
          there.

CS 1:     Uh-huh.

BASLAN:   Like as if you dropped him off to babysit,
          she took a picture and I found it.

CS 1:     I see what you're saying, but what I'm
          concerned with is, um, how, like, no
          penetration.

BASLAN:   No. No. Nothing like that. Due, no.  Just
          her and him.

CS 1:     But what is she doing with her and him.

BASLAN:   Blow.

Later during the conversation, BASLAN stated the

following:

5

BASLAN:     I don't want to have any interaction with
            him. I think it will be hot seeing her

            . . .

            I think it will be hot watching her blowing.
            That's it.  Does that bother you?

Later during the conversations, BASLAN stated the

following:

BASLAN:     I want to make a little video of her blowing
            whatever, him wouldn't even know what was
            going on.  And then that's it. If, after we
            make the video, you and me want to take a
            round at her, whatever, ah, like fuck her
            while she's blowing him and whatever, just
            to get turned on, I'm fine with that.  I,
            for me, I just want it more for safety
            because I have something else planned for
            us.  But I want some, I have something else
            planned for us, but I want to have some
            safety thing on her and then she has
            actually access, I'll tell you in person,
            but she has access to the next thing.  But I
            just want to make sure I secure her because
            [unintelligible].

b.   At approximately 6:40 pm on the same day, BASLAN and

CS 1 had another telephone conversation, which CS 1

recorded at the direction of the FBI.  During the

conversation, BASLAN stated that HENRY is "dying for

this," referring to the plan to have HENRY sexually

abuse VICTIM 1.  Later in the conversation, CS 1

expressed concerns of the "mental stability" of VICTIM

1, and BASLAN stated "if it's one minute he won't even

know what's going on," and "I think what we can do is also cover up his face really quick, as if you like pretend you're tickling him or something, and she just takes the pose, she doesn't actually do anything, she just takes the pose.  You understand what I mean?" BASLAN later stated "I'm not looking for an actual thing to happen.  I'm just looking for the pose of it. You could for all I care be on the other side, like, covering his face or whatever, and she just can do two licks or whatever and he wouldn't know the difference between her cleaning him or her doing whatever". After some additional discussion, the call was ended by CS 1.

c.  At approximately 6:55 pm on the same day, BASLAN and CS 1 had another telephone conversation, which CS 1 recorded at the direction of the FBI.  They had a discussion of what HENRY would do with VICTIM 1. BASLAN indicated that HENRY did not need to perform the act and that it just needs to look like it is being performed.  Shortly after this, BASLAN stated the following:

7

BASLAN:     Exactly. That's the only reason for it.
            There is no, for me, the fact that he, the
            genderwise, does not appeal to me
            whatsoever. Nothing. Except that's the
            easiest one to have right now. The first one
            to have the picture and with the babysitting
            thing, it's something that, I, she has to
            arrange, so I have to just make sure that
            we're settled before hand.  That's it.  The
            act itself does not even have to be
            performed.  It has to look like on phone
            that it is.

Later during the conversation, BASLAN and CS 1 had the

following exchange:

BASLAN:     I'm not looking for it to be anything
            physical and the other stuff is all going to
            be when the person is passed out, [text
            omitted]

CS 1:       Like you're saying, like with the
            babysitting gigs, we're going to do the
            roofies, so it won't affect them.

BASLAN:     Exactly, they're going to be, yeah, yeah,
            well, we're going to, trust me, all what I'm
            doing nothing is going to be, no memories,
            nothing.  It's just you know.

Later during the conversation, BASLAN stated that

HENRY is "dying for me to have a baby with her for us

to whatever."  CS 1 then asked "The two of you

together to have your own kid and then you raise it in

a sexual, like, upbringing kind of a thing?"  BASLAN

responded, "Right." Later during the conversation,

BASLAN and the CS 1 had the following exchange

8

concerning HENRY's interest in an eight-year-old girl

(VICTIM 2)[2] known to CS 1:


BASLAN:    Like the thing with [PARENT 1], she's
           [HENRY] been begging me every single week.
           Like, I don't know what to tell you, it's
           been annoying with me, every single five
           minutes she brings it up because she wants
           to do it.

CS 1:      What do you mean, babysit [PARENT 1's] kid?

BASLAN:    Yes.

CS 1:      She's, she's, she's seen him before?

BASLAN:    Yeah, oh yeah yeah, and she wants to, you
           know, just go Dramamine, you know, the
           allergy thing and do it, um, and then you
           know just it knocks them out a little bit.

CS 1:      What do you mean?

BASLAN:    You know, Dramamine, the allergy medicine.
           It knocks you out, when you're a kid.

CS 1:      It won't, it won't, um, cause any like.

BASLAN:    No. It's kid's Dramamine, it's meant for, if
           you get car sick, you take it and you get
           knocked out.

CS 1:      So, she wants to give, who [VICTIM 2]?

BASLAN:    Yeah, [unintelligible].

_____

[2]    VICTIM 2's parent is referenced in the complaint as PARENT
1.

9

BASLAN stated that HENRY wanted to use "kids Dramamine" to drug the children and that they could "rub it in their mouth a little bit".

5.   Following these conversations, BASLAN and CS 1 had additional conversations in which they agreed that BASLAN, HENRY, CS 1, VICTIM 1 and an additional 3-month-old boy[3] (VICTIM 3) would meet at a New Jersey hotel, so that HENRY could take sexually explicit photographs with VICTIM 1.

6.   On March 7, 2013, CS 1, who was equipped by the FBI with electronic monitoring devices including audio recorders and a video recorder, met with BASLAN and HENRY at the residence shared by BASLAN and HENRY.  During the meeting, CS 1 recorded BASLAN and HENRY discussing the plan to babysit children so that BASLAN and HENRY could sexually molest them.  During the meeting, BASLAN, HENRY and CS 1 had the following exchange regarding HENRY's ability to obtain babysitting jobs:

> CS 1:    I don't even know, I'd have to put my mind
>          to working something like that out. I
>          couldn't do that.  That would be, like,
>          Kristen's problem that's the only way

---

[3]   VICTIM 3's age is often incorrectly identified as two months old during the course of recorded conversations.

something like that would work out because guys would be like, yeah hi I'm a babysitter.

BASLAN:    No, no, no, she has [PARENT 2] that she has [unintelligible].

HENRY:     I have, like.

CS 1:      [PARENT 2] has, um, a twelve-year-old daughter and a nine-year-old daughter?

BASLAN:    Something like that.

HENRY:     Y'all know I did work in schools [unintelligible], I worked with kids.

CS 1:      So you have references, so it'll look good.

HENRY:     Oh yeah, I have excellent references.

Later during the meeting, HENRY and CS 1 had the following

exchange:

CS 1:      Where'd you babysit? Was this in Rochester? In Buffalo, whatever?

HENRY:     Yeah, I've babysat, since I was like fifteen, thirteen, fourteen.

CS 1:      So, you're, you've got like crazy references.

HENRY:     Yeah.

CS 1:      So it'll look good, that'll be very good.

HENRY:     Our little scheme.

CS 1:      Um, here's a crazy question, have you ever done this before?

HENRY:     No.

CS 1:      You've never done this before.

HENRY:      No, like, I always remember
            [unintelligible], but I like wouldn't admit
            it to myself. When I was young I used to
            have, um, I wouldn't even admit to myself
            that it was like fantasies, they were just
            subconscious, you know, scenarios. And um,
            he was like the first human I admitted it
            to. This is how it came out, cause we both
            started kind of like, I don't even remember
            how it, like, got out there, but both of us
            were like, yeah, you know, I kind of like
            this, just have, it turned into this.

7.    Later during the meeting, BASLAN used his computer to access child pornography which he played on his television while HENRY and CS 1 were present.  Some of the child pornography videos were captured on the video recording device provided to CS 1 by the FBI.  The videos appeared to depict prepubescent girls being vaginally and orally penetrated by an adult men's penises.  Some of the videos had sound, and the children can be heard. HENRY commented regarding one of the child pornography videos that it was the "hottest one."  BASLAN described to CS 1 that the child pornography in his residence can be accessed on his iPad, iPhone, and television, and that the devices were accessing the child pornography from a central location.  BASLAN told CS 1 that he uses encryption that he created and that his files are "unhackable".

8.   CS 1 later canceled the planned meeting in New Jersey with BASLAN and HENRY.  The meeting was later reset for March 19, 2013 at hotel in Jersey City, New Jersey.

9.   On March 18, 2013, CS 1, who was equipped by the FBI with electronic monitoring devices including audio recorders and a video recorder, met with BASLAN.  During the conversation, they discussed plans regarding their meeting in New Jersey.  CS 1 indicated that he would be bringing VICTIM 1, VICTIM 2, and VICTIM 3.  During the course of the conversation, BASLAN and CS 1 had the following exchange:

> CS 1:      What's the game plan? What's Kristen into?
>
> BASLAN:    She's going to come and do whatever we tell her to do. That's it.
>
> CS 1:      She's going to do whatever we tell her to do?  Really, it's like that?
>
> BASLAN:    Well, yeah.
>
> CS 1:      So, we're going to have a whole lot of fun?
>
> BASLAN:    Yeah.  That's really about it.  We're just going to have fun and then I don't know. We'll finish having fun and we'll come back.
>
> CS 1:      Yeah, I have to leave there because I have work in the morning.
>
> BASLAN:    We won't stay there overnight.  Because we don't want to risk her waking up and seeing us.  Once we're done, we'll leave.
>
> CS 1:      I'm not kicking you out or anything.

13

BASLAN:      No, no, no, I wouldn't want to. I mean why
             should she even see us.

CS 1:        Yeah, exactly, how am I going to explain
             that?

BASLAN:      Right, right.  And I was thinking that when
             we do that deed, we'll all wear, like, ski
             masks and then we'll have a movie with ski
             masked robbers running playing in the living
             room, so if she gets scared we just pull out
             turn off the light, disappear and then
             you'll be sitting on the couch watching a
             ski mask movie.  Oh honey what happened did
             this movie get in your head again?

CS 1:        Um, you're going to bring the camera, by the
             way?

BASLAN:      Of course.

CS 1:        The HD one, right?

BASLAN:      Of course, I have a DSLR HD I'm going to
             bring, fully charged, fully loaded.

CS 1:        What's DLL-uh-uh?

BASLAN:      It's like a photo camera that takes videos.

CS 1:        But no faces.

BASLAN:      Of course not, well except Kristen.

CS 1:        Ok. Not even accidentally, Alright?

BASLAN:      Don't worry, man, like I said, just
             Kristen's and my dick's face.

Later during the conversation, BASLAN and CS 1 had the following

exchange:

BASLAN:      You know I was just saying, you should stop
             by before you leave to take that one shot
             with [VICTIM 1] because that's explainable

14

|          | in my bedroom, or not [VICTIM 1] the younger one. |
|----------|-------------------------------------------------------|
| CS 1:    | [VICTIM 3]?                                            |
| BASLAN:  | Just for like [unintelligible].                       |
| CS 1:    | [VICTIM 3]'s only like, not even two months old.      |
| BASLAN:  | I know, that's what I'm saying, she can change his diaper and she can, we can take that picture on the bed, so that kind of like makes sense why she has the picture. Then you leave get [VICTIM 2], leave and we'll follow you to, we'll wait a little bit to. |
| CS 1:    | And you'll follow me to the, um.                      |
| BASLAN:  | Right, because that makes more sense, you know I want to take it with her camera versus the other camera, but I don't want to have too many cameras on me. |

Later during the conversation, BASLAN and CS 1 had the following

exchange:

|          |                                                       |
|----------|-------------------------------------------------------|
| BASLAN:  | Like I said, we can take it easy tomorrow, just get, I'm going to bring her and we get [VICTIM 2] take a few pictures, something like that or whatever and we just, that would be our first time and we'll take it further next one. |
| CS 1:    | How far do you want to go?                             |
| BASLAN:  | Not too far. Take pictures. Touch and then go down on her.  That's pretty much what I want out of it. |
| CS 1:    | You just want to go down on her?                      |
| BASLAN:  | Yeah. Nothing else, I mean.                            |

15

CS 1:        For now?

BASLAN:      Because I don't know anything else about
             her, she's you know, what else can I do,
             we'll figure out as we get more advanced in
             this but the first time around, that's more
             than enough.

Later during the conversation, BASLAN and CS 1 had the following

exchange:

CS 1:        I don't know how I feel about penetration
             and shit like that.

BASLAN:      If we had better drugs and she's a different
             person, I wouldn't have a problem with it?

CS 1:        What do you mean by different drugs?

BASLAN:      Different person, better drugs, different
             situation, whatever.

CS 1:        You if it wasn't [text which may tend to
             identify VICTIM 2 has been omitted].

BASLAN:      No, it's not so much about that.  It's just
             more like, if she was a kid that's willing,
             it wouldn't be a problem per se.

CS 1:        How the fuck do you know a kid that's
             willing?  How do you pick that up? Like
             what?

BASLAN:      Sure you can pick that up.  A lot of kids
             do, I mean I was in, when I was their age, I
             was willing.  I knew a lot of,  from the
             stuff that I've seen online and stuff,
             there's a lot more stuff online where the
             girls is like whoa go for it, more than even
             the guy.

CS 1:        Really?

BASLAN:      Yeah. Because from my few experiences, I've
             never acted out anything but more than once

16

I've had the situation where the kid is totally willing.

CS 1:     I wouldn't, I'd be too afraid if they were awake.

BASLAN:   If the kid is willing, though, they, it wouldn't be your problem.

CS 1:     It's not a problem?

BASLAN:   No, because it wouldn't, they're going to want it. Trust me. Next time they see you, they're going to be like attacking you wanting more.

CS 1:     Really?

BASLAN:   Yeah. So.  But still. But in a different situation you could have anal with a kid and it wouldn't be a problem.  It wouldn't leave any marks or anything.  Then just vaginally you can't do because that.

CS 1:     Will tear?

BASLAN:   Yeah, but anal, yeah.

CS 1:     Anal you can have, vaginal you can't?

BASLAN:   One thing I noticed, all the guys all do anal first, they don't do vaginal unless the kid is willing and it's that kind of a situation.

CS 1:     Because, that's proof?

BASLAN:   Yeah, you can see that immediately. Anal you can't.

Later during the conversation, BASLAN and CS 1 had the following

exchange referring to the plans to sexually abuse VICTIM 3:

BASLAN:     But tomorrow, definitely no penetration, we'll go the line where we you know, take pictures and video and that'll be cool.

CS 1:       Alright, I'm.

BASLAN:     If you want to do that, you don't have to bring, just bring [VICTIM 1] here for the picture.

CS 1:       Right.

BASLAN:     Just park your car, I'll bring him inside, take the picture, send her, send him out and then, you're good to go.

CS 1:       [VICTIM 1] or [VICTIM 3]?

BASLAN:     [VICTIM 3], I mean, [VICTIM 3]

CS 1:       The two month old.

BASLAN:     Yeah, the younger one, I keep mixing them up.  The younger one.

CS 1:       [VICTIM 3] is the two month old.  [VICTIM 1] is the 16-month.

BASLAN:     For the picture, for the picture it doesn't make a difference.

CS 1:       What do you mean?

BASLAN:     The younger one.

CS 1:       It doesn't matter if he's a year and a half or two months, that's what you're saying?

BASLAN:     Yeah, yeah, exactly. And then, that's it. What we're going to have to do, I'm going to have her the camera with her hand in the position that it's the right angle. Click click click click.

CS 1:       She's just going to take the pictures herself?

18

BASLAN:    No I'm going to take them, but I'm going to
           have her hand behind the camera, make sure
           the picture is covered, and just going to
           have her hold her hand.

CS 1:      As if she, simulate as if she's the one
           taking the picture.

BASLAN:    Yup.

Later during the conversation, BASLAN and CS 1 had the following

exchange, which is relayed in sum and substance and in part.

CS 1:      Did you have this other one lined up?

BASLAN:    Yeah, I'm working on it.

CS 1:      The babysitting gig.

BASLAN:    Yeah, she's going to meet her in a couple of
           days to just to see, they meet Kristen, just
           to see

Later during the conversation, BASLAN indicated that VICTIM 2 is

more of a "stepping stone" and that he will "take a lot of

pictures and videos."  BASLAN also stated: "We'll have a good

amount of pictures and videos of [VICTIM 2] herself and then we

can just use it as jerk-off material or whatever."

    10.    On March 19, 2013, CS 1 placed a recorded call to

BASLAN at the direction of the FBI and indicated that he would

not have time to bring VICTIM 1 and VICTIM 3 to BASLAN's

residence, so that HENRY could take a sexually explicit

photograph with VICTIM 3.  BASLAN and the CS 1 agreed that CS 1

would go by BASLAN's residence to pick up the drugs that would
be used to incapacitate VICTIM 2, then BASLAN, HENRY and CS 1
would meet at the New Jersey hotel.  During recorded
conversations that day, BASLAN and CS 1 also agreed on a code
word that would indicate that CS 1 had VICTIM 1, VICTIM 2, and
VICTIM 3 at the hotel and that BASLAN and HENRY could travel to
New Jersey to sexually abuse them.

    11.  In the early evening of March 19, 2013, CS 1 drove to
BASLAN's residence, which was under surveillance by law
enforcement.  CS 1 as equipped by the FBI with electronic
monitoring devices including audio recorders and a video
recorder.  After CS 1 arrived, BASLAN indicated to CS 1 that
HENRY would be arriving with the drugs.  Shortly after that, law
enforcement officers observed HENRY driving back to BASLAN's
residence.  BASLAN, HENRY, and CS 1 then went inside BASLAN's
residence and had a short discussion regarding the drugs.  CS 1
then left and immediately met with law enforcement officers whom
he provided with Children's Benadryl and orange juice that he
had been provided by HENRY.

    12.  Later in the evening, at the direction of the FBI, CS
1 placed a recorded call to BASLAN and provided the code word

20

indicating he had obtained VICTIM 1, VICTIM 2, and VICTIM 3.  CS 1 also indicated the address of the hotel and room number.

13.  Later in the evening, law enforcement officers conducting surveillance on BASLAN's residence observed BASLAN's car leave the area.

14.  At approximately 9:15 p.m., BASLAN and HENRY arrived at the hotel in Jersey City, New Jersey.  Shortly after that they arrived at the room, whose number CS 1 had previously provided to BASLAN.  CS 1 let them into the room.  Law enforcement officers then entered the room and arrested BASLAN and HENRY.  Unbeknownst BASLAN and HENRY, no children were present in the room.  At the time of BASLAN's arrest, BASLAN was carrying a backpack.  During a search of the backpack incident to BASLAN's arrest, agents discovered, among other things, a Sony digital camera and a laptop computer.

WHEREFORE, Your affiant respectfully requests that the defendants BEBARS BASLAN and KRISTEN HENRY be dealt with according to law.

_____
Aaron Spivack
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on March 20, 2013:

*S/ Roanne L. Mann*
_____
THE HONORABLE ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE