

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F# 2013R00381

*225 Cadman Plaza East*
*Brooklyn, New York 11201*

April 19, 2013

Mr. Bebars Baslan

> Re: U.S. vs. Bebars Baslan
>     <u>Criminal Docket No. CR-13-0220</u>

Dear Mr. Baslan:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on **Friday**, the 26th April, 2013 at 11:00 A.M., A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                Very truly yours,

                LORETTA E. LYNCH
                UNITED STATES ATTORNEY

        By: Grand Jury Coordinator
            R. Greene

CC: Hon. Raymond J. Dearie (Mag. Go will accept the plea.

    Tyler J. Smith
    Assistant U.S. Attorney

    Anthony Cariddi, Esq.

    Pretrial Services Officer



U.S. Department of Justice

*United States Attorney
Eastern District of New York*

F# 2013R00381

225 Cadman Plaze East
Brooklyn, New York 11201

April 19, 2013

Ms. Kristen Henry

Re: U.S. vs. Kristen Henry
<u>Criminal Docket No. CR-13-0220</u>

Dear Ms. Henry:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on **Friday**, the 26th April, 2013 at 11:00 A.M., A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: Grand Jury Coordinator
R. Greene

CC: Hon. Raymond J. Dearie (Mag. Go will accept the plea.

Tyler J. Smith
Assistant U.S. Attorney

Heidi C. Cesare, Esq.

Pretrial Services Officer