UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA

          -v-

BEBARS BASLAN,
KRISTEN HENRY,

          Defendant(s).
------------------------------------------------------X

REVISED
BRIEFING & SCHEDULING ORDER

DOCKET # CR-13-220 (RJD)

DEARIE, DISTRICT JUDGE.

The Court revises the briefing schedule as follows:

| | |
|---|---|
| Defense motions due: | March 31, 2014 |
| Government opposition due: | April 21, 2014 |
| Defense reply, if any, due: | April 25, 2014 |
| **STATUS CONFERENCE:** | **MAY 2, 2014 AT 12:30PM** |

Should counsel have any questions, they are directed to phone Ms. Ellen Mulqueen at 718-613-2435.

SO ORDERED.

Dated: Brooklyn, New York
       March 14, 2014

                                  /s/ Raymond J. Dearie
                                RAYMOND J. DEARIE
                                UNITED STATES DISTRICT COURT JUDGE