

U.S. Department of Justice

United States Attorney
Eastern District of New York

TAD
F. #2013R0381

271 Cadman Plaza East
Brooklyn, New York 11201

July 9, 2014

By FedEx

Ephraim Savitt, Esq.
260 Madison Avenue
22nd Floor
New York, NY 10016

Ying Stafford, Esq.
276 Fifth Avenue
Suite 501
New York, New York 10001

      Re:    United States v. Bebars Baslan, et al.
            Criminal Docket No. 13-220 (RJD)

Dear Mr. Savitt and Ms. Stafford:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, please find enclosed with this letter additional discovery in the above-captioned matter.  The government again requests reciprocal discovery.

      Enclosed please find the following:

| Document | Bates Range |
| --- | --- |
| Baslan MDC emails (6/25/14 to 7/8/14) | BAS 21386-23095 |
| Henry MDC emails (6/25/14 to 7/7/14) | HEN 1796-2463 |
| Search Affidavit Warrant for bbaslan@me.com | USA 223-241 |
| Search Warrant Affidavit for Box | USA 242-278 |

| Search Warrant Return for bbaslan@me.com | Disc labeled USA-CD-6 |
|---|---|
| Documents from Baslan A-file | BAS 23096-23225 |
| Documents from Byblos Hotel | BYBLOS 1-5 |
| Download from Baslan iPhone (Blacklight) | Disc labeled BAS-CD-2 |
| Download from Henry iPhone (Blacklight) | Disc labeled HEN-CD-2 |
| Baslan FBI Source File | BAS 23226-23248 |
| Affidavits from Baslan Computer | BAS 23249-23264 |
| DEA Reports of Drug Property Collected, Purchased or Seized Reports | USA 279-284 |
| Baslan MDC Call List & Contacts | BAS 23265-23281 |
| Henry MDC Call List & Contacts | HEN 2464-2470 |
| Baslan MDC Calls (8/1/13 to 10/17/13) | Disc labeled BAS-CD-3 through BAS-CD-6 |
| Baslan MDC Calls (5/22/2014 to 6/19/14) | Disc labeled BAS-CD-7 |
| Henry MDC Calls (5/22/14 to 6/19/14) | Disc labeled HEN-CD-3 |

        Very truly yours,

        LORETTA E. LYNCH
        United States Attorney

By:    /s/
        Tiana A. Demas
        Assistant U.S. Attorney
        (718) 254-6116

Enclosures

cc: Clerk of the Court (RJD) (by ECF & without enclosures)