UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA,

                 - against -                         **MEMORANDUM AND ORDER**

                                                           13 CR 220 (RJD)

KRISTEN HENRY,

                          Defendant.
------------------------------------------------------------ x

DEARIE, District Judge.

       Less than a month before trial, defense counsel Ying Stafford has written the Court *ex parte* and under seal, requesting the appointments of attorney Zachary Margulis-Ohnuma, his paralegal Jeffrey Hetzel, and investigator Jim Dowd, pursuant to the Criminal Justice Act ("CJA"). Despite the belated nature of this request and the significant allocation of CJA funds sought, after consideration of the full range of circumstances presented, the Court grants defense counsel's request. The Court cautions defense counsel, however, that the request is being granted with the understanding that funding for efforts the Court deems needlessly duplicative will not be approved. With that understanding, the Court additionally grants defense counsel's request that Mr. Margulis-Ohnuma be appointed *nunc pro tunc*, as of March 13, 2015.

       SO ORDERED.

Dated: Brooklyn, New York
          March 17, 2015

/s/ Judge Raymond J. Dearie

RAYMOND J. DEARIE
United States District Judge